UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



ARTHUR N. PUTMAN,

Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action No.: 1:18-cv-2891 (UNA)

CHUCK GRASSLEY, *et al.*,

Defendants.

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which includes an emergency motion for hearing, and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application [2] and the complaint [1] will be dismissed without prejudice. Plaintiff's motion for emergency hearing [3] will be denied.

The instant complaint is substantially similar to another filed by plaintiff in a recent lawsuit, *see Putman v. Grassley, et al.*, No. 18-cv-2890 (D.D.C. filed Dec. 10, 2018), and this matter will be dismissed as duplicative.

An Order is issued separately.

　　　　　　　　　　　　　　　　　　　　／s／ Randolph D. Moss
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: December 26, 2018